# United States District Court
## Violation Notice

26-91940

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MELO | E1884266 | S. Greenleaf | 1612 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/03/2026 1633hrs | 36 CFR 4.22 (b)(3) |

Place of Offense: Acadia NP St. Sauveur Parking Lot

Offense Description; Factual Basis for Charge — HAZMAT ☐

Unsafe Operation
Failing to maintain necessary control of vehicle

**DEFENDANT INFORMATION** — Phone: (207) 479-0748

| Last Name | First Name | M.I. |
|---|---|---|
| LUNT | Codin | R A |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Portland | ME | 04101 | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 16603716 | | ME | ——— |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BLN | Eyes BLU | Height 6'2 | Weight 220

**VEHICLE** VIN: ——— CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8516ZB | ME | 2019 | Niss Sentra | | BK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See Instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: **U.S. District Court, 202 Harlow St, Bangor, ME 04401, (207) 945-0575**

Date: 9/8/2026 Time: 1000

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____________________

Original - CVB Copy

*E1884266*

CVB SCAN 08/04/2026 13:18

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03 July, 2026 while exercising my duties as a law enforcement officer in the ______ District of Maine

SEE ATTACHED

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/03/2026 S Greenleaf

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/04/2026 13:18

# UNITED STATES DISTRICT COURT
# VIOLATION NOTICE

CVB SCAN 08/04/2026 13:18

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 3rd, 2026, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park:

I responded to Acadia Dispatch relaying that a hit and run had occurred at St. Sauveur parking lot, which is on park property. Cadin LUNT with driver's license [ME:1660376] was identified as the driver of the vehicle, a black Nissan Sentra [ME:6516ZB], per his own admission. He stated that he had been drinking before and during driving his car. He stated also having an open container of alcohol in the center console. He stated that he made the turn to drive into the parking lot at 45 mph, causing squealing of his tires, before skidding across the single entrance/exit before crashing into a tree stump off of the road. Approximately fifty-seven feet of tire marks were left on the pavement and dirt leading to the tree stump. LUNT then was "rapidly accelerating backwards hitting a parked car" before he "screamed out of the lot" according to multiple witnesses. The parking lot is a small single entry/exit gravel cul-de-sac with a speed limit of 15 mph per 36CFR4.21(a)(1). The lot had multiple vehicles and witnesses in it during the entire incident.

LUNT WAS CITED UNDER 36 CFR 4.22(b)(3) FAILING TO MAINTAIN THAT DEGREE OF CONTROL OF A MOTOR VEHICLE NECESSARY TO AVOID DANGER TO PERSONS, PROPERTY OR WILDLIFE.

Body worn camera footage is available.

**Loc. Code: ME60**
**RMS: 26-91940**
**Violation No: E1884266**

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/03/2026 Date (mm/dd/yyyy) S. [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________ Date (mm/dd/yyyy) U.S. Magistrate Judge